1  Michael J. Miller, VA Bar No. 19171
   J. Christopher Ide, VA Bar No. 19307
2  THE MILLER FIRM
   105 North Alfred Street,
3  Alexandria, Virginia 22314
   Telephone:  (703) 519-8080
4  Facsimile:  (703) 519-8084

5  Attorneys for Plaintiffs

6

7

8                UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                   (SAN FRANCISCO DIVISION)

11

| 12 | KIMBERELY BARRON, DAISY HALL, RICHARD MAGALDI, CATHERINE RUSSO, REPRESENTATIVE OF THE ESTATE OF JAMES RUSSO, HOWARD STONE, AND BETTY TRITES, | MDL NO. 1699 |
|---|---|---|
| 13 | | District Judge:  Charles R. Breyer |
| 14 | | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFFS KIMBERELY BARRON, DAISY HALL, CATHERINE RUSSO, REPRESENTATIVE OF THE ESTATE OF JAMES RUSSO AND BETTY TRITES |
| 15 | Plaintiffs, | |
| 16 | v. | |
| 17 | PFIZER INC., PHARMACIA CORPORATION, and G.D. SEARLE, LLC, | |
| 18 | | Case No.  06-CV-03875-CRB |
| 19 | Defendants. | |

20

21    Come now the Plaintiff and Defendants, by and through the undersigned attorneys,

22  pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of

23  Plaintiffs, Kimberley Barron, Daisy Hall, Catherine Russo, Representative of the Estate of James

24  Russo and Betty Trites, from this action without prejudice with each side bearing its own

25  attorney's fees and costs.

26    Should Plaintiffs or a representative of Plaintiff's attempt to re-file claim against

27  Defendant's, they should do so only by re-filing in the United States District Court.

28

COMPLAINT

| | |
|---|---|
| Dated: January 22, 2007 | Respectfully submitted, |
| | THE MILLER FIRM |
| | By: _____ |
| | J. CHRISTOPHER IDE |
| | |
| | Michael J. Miller, VA Bar No. 19171 |
| | J. Christopher Ide, VA Bar No. 19307 |
| | THE MILLER FIRM |
| | 105 North Alfred Street, |
| | Alexandria, Virginia 22314 |
| | Telephone: (703) 519-8080 |
| | Facsimile: (703) 519-8084 |
| | |
| | Attorneys for Plaintiffs |
| Dated: 1/26/07 | Respectfully submitted, |
| | GORDON & REES |
| | By: _____ |
| | STUART M. GORDON |
| | |
| | CA Bar No. 37477 |
| | GORDON & REESE |
| | 275 Battery Street, Ste. 2000 |
| | San Francisco, CA 94111 |
| | Telephone: (415) 986-5900 |
| | Facsimile: (415) 262-3801 |
| | |
| | Attorneys for Defendants |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED**

Dated: February 1, 2007

_____
Hon. Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- - 2 - -                                                    COMPLAINT