Michael J. Miller, VA Bar No. 19171
David C. Andersen, CA Bar No.: 194095
THE MILLER FIRM, LLC
2 Bala Plaza, Suite 603
Bala Cynwyd, PA 19004
Telephone: (610) 660-0622
Facsimile: (610) 660-0628

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Docket No. 06-CV-3875-CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| KIMBERELY BARRON, VALERIE GREENSBERRY, DAISY HALL, RICHARD MAGALDI, CATHERINE RUSSO, individually and on behalf of JAMES RUSSO, deceased, HOWARD STONE, BETTY TRITES,<br><br>              Plaintiffs,<br>      vs.<br>Pfizer Inc., et al.<br>              Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| This Document Relates to:<br><br>RICHARD MAGALDI<br>HOWARD STONE | |

Come now the Plaintiff, Richard Magaldi, Howard Stone, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and

hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: May 5, 2009     By: /s/ David C. Andersen

David C. Andersen, CA Bar No. 194095
THE MILLER FIRM, LLP
Two Bala Plaza, Ste. 603
Bala Cynwyd, PA 19004
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

Attorneys for Plaintiff Richard Magaldi, Howard Stone

DATED: 8/26, 2009     By: /s/ Loren Brown

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Sept. 1, 2009

Hon. Charles R. Breyer
United States District Court

IT IS SO ORDERED
Judge Charles R. Breyer

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**